**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 I Fax: (310) 773-5573

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**PROOF OF SERVICE**</u>

*John Roe JS 6 v. The Church of Jesus Christ of Latter-Day Saints, et al.*
3:24-cv-02407-L-AHG

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is business address is 8383 Wilshire Blvd., Suite 255, Beverly Hills, CA90211.

On December 5, 2024, I served true copies of the following document(s) described as

**NOTICE OF RELATED CASES**

on the interested parties in this action as follows:

Lisa Dearden Trepanier
lisat@trepaniertajima.com
Lisa Marie Dale
lisa.dale@trepaniertajima.com
Gregory E. Eisner
greg@trepaniertajima.com
**TRÉPANIER TAJIMA LLP**
*4605 Lankershim Boulevard, Suite 540*
*North Hollywood, California 91602*
Phone: 323-487-1101

Attorneys for Defendants The Church of Jesus Christ of Latter-Day Saints, The Temple Corporation of The Church of Jesus Christ of Latter-Day Saints, et al.

**[X] THROUGH CM/ECF ELECTRONIC CASE FILING SYSTEM**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 5, 2024 at Los Angeles, California.

*/s/ Maria Jose Monzon*
Maria Jose Monzon
*Paralegal*

PROOF OF SERVICE